THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS ABBRUZZO, Appellant.

(Argued May 26, 1919; decided July 15, 1919.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered January 25, 1918, upon a verdict convicting the defendant of the crime of murder in the first degree.

*George Gordon Battle* and *Lanman Crosby* for appellant.

*Edward Swann, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Cuddeback, Hogan, McLaughlin and Crane, JJ.